1  Crisostomo G. Ibarra (SBN 103480)
   Gener D. Benitez (SBN 206765)
2  Ibarra Professional Law Corporation
   459 Fulton Street, Suite 109
3  San Francisco, CA 94102
   (415) 398-5329
4

5  Attorneys for Plaintiff
   PHALKUN BUN HEANG
6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | PHALKUN BUN HEANG            | Case No.: CV-16-06304 JCS
12 |         Plaintiff,           | **STIPULATION OF DISMISSAL**
                                  | **[FRCP 41(a)(1)(A)(ii)]**
13 |    vs.
14 | DEP'T OF HOMELAND SECURITY,
15 |         Defendant.
16

17

18      Plaintiff PHALKUN BUN HEANG, and Defendant DEPARTMENT OF HOMELAND

19 SECURITY, pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), and the Settlement Agreement

20 filed November 3, 2017 (Docket No. 38-1), hereby file this Stipulation for Dismissal.  The

21 Complaint is dismissed in its entirety with prejudice.  The Court shall retain jurisdiction for the

22 purposes of enforcing the settlement agreement and protective order in this case (see Docket

23 Nos. 38 and 39).

24 ////

25 ////

26 ////

27 ////

28 ////

Dated: January 24, 2018

                                            Ibarra Professional Law Corporation

                                            /s/ Crisostomo G. Ibarra
                                        By: Crisostomo G. Ibarra
                                             Attorneys for Plaintiff
                                             PHALKUN BUN HEANG

Dated: January 24, 2018

                                            /s/ David A. Pereda
                                        By: David A. Pereda
                                          Assistant United States Attorney
                                          Attorneys for Defendant
                                          DEP'T OF HOMELAND SECURITY

Dated: January 25, 2018

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
IT IS SO ORDERED
Judge Joseph C. Spero